IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TODD A. TEMPLETON,

    Plaintiff,

v.

DR. THOMAS WILLIAMS,
DR. TIMOTHY CORRELL,
DR. SCOTT HOFTIEZER and
BETH DITTMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-212-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

1) granting summary judgment and dismissing plaintiff's Eight Amendment deliberate indifference claim against Dr. Timothy Correll without prejudice for plaintiff's failure to exhaust his administrative remedies; and

2) dismissing plaintiff's state law claims against Dr. Thomas Williams, Dr. Timothy Correll, Dr. Scott Hoftiezer and Beth Dittman without prejudice under 28 U.S.C. § 1367(c) to his refiling those claims in state court.

_By: [signature], Deputy Clerk_      _8-23-12_
Peter Oppeneer, Clerk of Court      Date